IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY KING, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 16-634 |
| ) | Judge Nora Barry Fischer |
| v. ) | Chief Magistrate Judge Maureen P. Kelly |
| ) | |
| ROBERT GILMORE, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this 20th day of September, 2016, after Plaintiff Corey King filed a complaint in the above-captioned matter, and after a Report and Recommendation was filed by Chief United States Magistrate Judge Maureen P. Kelly giving the parties until September 12, 2016, to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the complaint, ECF No. 4, is DISMISSED. The Clerk of Court shall mark this CASE CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

/s/Nora Barry Fischer
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Corey King
MC7854
SCI-GREENE
175 Progress Drive
Waynesburg, PA 15370